**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1516**

_____

DORATHEA PENDERGRASS,

Plaintiff - Appellant,

versus

GERALD F. LITTLEJOHN; PAUL YATES WHITMAN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  William B. Traxler, Jr., District
Judge.  (CA-94-1224-6-21)

_____

Submitted:  September 17, 1996     Decided:  September 30, 1996

_____

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dorathea Pendergrass, Appellant Pro Se.  Frank Barron Grier, III,
GRIER LAW FIRM, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying Appellant's Fed. R. Civ. P. 59 motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. We deny Appellant's motion to proceed in forma pauperis, and affirm on the reasoning of the district court. Pendergrass v. Littlejohn, No. CA-94-1224-6-21 (D.S.C. Feb. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED